

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2016

No. 04-16-00452-CR

Jose Guadalupe **AGUIRRE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7206
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The Unopposed motion to substitute counsel on appeal is hereby granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2016.

Keith E. Hottle
Clerk of Court